<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

**No. 15-7542**

STEVEN DIXON PRENTICE,

        Petitioner - Appellant,

    v.

JUSTIN ANDREWS; UNITED STATES OF AMERICA,

        Respondents - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Terrence W.  Boyle, District Judge.  (5:14-hc-02062-BO)

Submitted:  February 23, 2016     Decided:  February 26, 2016

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Steven Dixon Prentice, Appellant Pro Se.   Christina Ann Kelley, BUREAU OF PRISONS, Butner, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Dixon Prentice, a federal prisoner, appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (2012) petition and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court.[*] Prentice v. Andrews, No. 5:14-hc-02062-BO (E.D.N.C. Aug. 18, 2015; Sept. 30, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] To the extent Prentice challenges the amount collected by the Bureau of Prisons, he failed to show exhaustion of his administrative remedies.